In the Matter of THOMAS GILLEN, Appellant, v JOHN GIORDANO et al., Respondents. (Matter No. 1.) THOMAS GILLEN, Appellant, v PATRICK S. MIELO et al., Respondents. (Matter No. 2.) [747 NYS2d 186]

Contrary to the appellant's contention, the redemption of the subject property by the defendant Pabco Realty Corp. was valid (*see* RPTL former 1456 [1]). Moreover, the Supreme Court properly struck the appellant's request for punitive damages against the Village defendants (*see Clark-Fitzpatrick, Inc. v Long Is. R.R. Co.,* 70 NY2d 382, 386; *Sharapata v Town of Islip,* 56 NY2d 332).

The appellant's remaining contentions are without merit. Santucci, J.P., McGinity, Luciano and Adams, JJ., concur.